David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

March 31, 2008

Daniel T. Coleman

vs. C.A. No. 08-34S

Michael J. Astrue, Commissioner
Social Security Administration

Counselors:

Expedited disposition of Social Security cases best serves the interest of the petitioner who is, invariably, critically in need of relief. Appeals to me result in substantial delay because the case must take its place on the calendar.

I ask you to consider a consensual transfer to the Magistrate Judge whose order can then be appealed directly to the First Circuit. As it now stands the appeal of the Magistrate's Order to me is simply a delaying interim step that lacks finality. Of course, no such reference can be made without the consent of all parties.

I urge you to consider consenting to transfer this case to the United States Magistrate Judge pursuant to U.S.C. Sec. 636(c) and Fed.R.Civ. 73. Please execute the enclosed form and return same to the clerk's office within ten (10) days of the receipt of this letter. If both sides agree, you will be so advised and informed of the name of the hearing Magistrate.

Very truly yours,

William E. Smith
U.S. District Judge

Two Exchange Terrace • John O. Pastore Building • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

Daniel T. Coleman
Plaintiff
V.
Michael J. Astrue
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: CA08-34S

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to ______________________________ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

______________ Date

______________________________ United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.